DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILNER SALOMON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-2499

[March 4, 2021]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Charles A. Schwab, Judge; L.T. Case No. 562009CF004066A.

Wilner Salomon, Cross City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and FORST, JJ., concur.

*   *   *

***Not final until disposition of timely filed motion for rehearing.***